UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:*<br><br>*Ford Fusion and C-Max Fuel Economy Litigation,*<br><br>*This Document Relates to All Actions.* | Case No. 13-MD-2450 (KMK)<br><br>MOTION FOR ADMISSION PRO HAC VICE OF RACHEL L. JENSEN |

860841_1

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Rachel L. Jensen, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Nathan Montijo in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

DATED:  August 2, 2013 Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN


s/ Rachel L. Jensen
RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
rachelj@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT ROTHMAN
MARK S. REICH
AVITAL MALINA
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

- 1 -

860841_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
JACK REISE
STUART A. DAVIDSON
MARK DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

MCCUNE WRIGHT, LLP
RICHARD D. MCCUNE
ELAINE S. KUSEL
2068 Orange Tree Lane, Suite 216
Redlands, CA  92374
Telephone:  909/557-1250
909/557-1275 (fax)

Plaintiffs' Co-Lead Counsel, Master File No.
SACV-12-02232-DOC(JPRx) (C.D. Cal.)

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 2, 2013.

    s/ Rachel L. Jensen
    RACHEL L. JENSEN

    ROBBINS GELLER RUDMAN
        & DOWD LLP
    655 West Broadway, Suite 1900
    San Diego, CA 92101-3301
    Telephone: 619/231-1058
    619/231-7423 (fax)

    E-mail:RachelJ@rgrdlaw.com

860841_1

**Mailing Information for a Case 7:13-md-02450-KMK**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Panagiotis V Albanis**
  palbanis@forthepeople.com

- **Megan Blair Benton**
  megan@kuhlmanlucas.com

- **Timothy H. Birnbaum**
  timothy.birnbaum@dlapiper.com,DocketingNewYork@dlapiper.com

- **Paula S. Bliss**
  pbliss@bubalolaw.com

- **Craig L. Briskin**
  cbriskin@findjustice.com,Pleadings@findjustice.com,electroniccasefiling@labaton.com

- **Michael A. Caddell**
  mac@caddellchapman.com,kek@caddellchapman.com

- **James M. Campbell**
  jmcampbell@campbell-trial-lawyers.com

- **Cynthia B. Chapman**
  cbc@caddellchapman.com

- **Jeffrey M. Croasdell**
  jcroasdell@rodey.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Joel A. Dewey**
  joel.dewey@dlapiper.com,trish.anderson@dlapiper.com,paula.palmere@dlapiper.com

- **Cory Steven Fein**
  csf@caddellchapman.com,fdl@caddellchapman.com

- **Mark S. Fistos**
  mark@pathtojustice.com

- **Andrew Michael Fraerman**
  andrew.fraerman@dlapiper.com

- **Scott A. George**
  sgeorge@seegerweiss.com

- **Scott Alan George**
  sgeorge@seegerweiss.com,lgriffith@seegerweiss.com,klaukaitis@seegerweiss.com

- **Eric H Gibbs**
  ehg@girardgibbs.com

- **Eric H. Gibbs**
  ehg@girardgibbs.com,dks@girardgibbs.com,jiv@girardgibbs.com,ds@girardgibbs.com,smg@girardgibbs.com,hhk@girardgibbs.com,alf@girardgibbs.com

- **Matthew Aaron Goldberg**
  MATTHEW.GOLDBERG@DLAPIPER.COM

- **Scott Grzenczyk**
  smg@girardgibbs.com

- **Scott M Grzenczyk**
  smg@girardgibbs.com

- **Spencer H. Gunnerson**
  s.gunnerson@kempjones.com

- **Thomas M. Hnasko**
  thnasko@hinklelawfirm.com

- **Dylan Hughes**
  dsh@girardgibbs.com,ale@girardgibbs.com

- **Steven R. Jaffe**
  steve@pathtojustice.com

- **Rachel L. Jensen**
  rachelj@rgrdlaw.com

- **J. Randall Jones**
  jrj@kempjones.com

- **Heidi H Kalscheur**
  hhk@girardgibbs.com

- **Amy Elisabeth Keller**
  aek@wexlerwallace.com

- **Jae Kook Kim**
  jkk@mccunewright.com

- **Bradley K. Kuhlman**
  brad@kuhlmanlucas.com

- **Elaine S Kusel**
  esk@mccunewright.com

- **Seth Michael Lehrman**
  seth@pathtojustice.com

- **Rodney E. Loomer**
  rloomer@trdlp.com

- **Chad Cameron Lucas**
  chad@kuhlmanlucas.com

- **Richard D McCune , Jr**
  rdm@mccunewright.com,ams@mccunewright.com,jkk@mccunewright.com

- **Robert A Mosier**
  rmosier@thesandersfirm.com,brandy@justiceforyou.com,rkassan@thesandersfirm.com

- **Geoffrey A Munroe**
  gam@girardgibbs.com,jiv@girardgibbs.com

- **Edward K. O'Brien**
  eobrien@ekoblaw.com

- **J Trumon Phillips**
  trumon.phillips@dlapiper.com

- **Christopher Stephen Polaszek**
  cpolaszek@forthepeople.com

- **Maya Prakash**
  maya.prakash@dlapiper.com

- **Sherry A. Rozell**
  srozell@trdlp.com

- **Peter George Safirstein**
  psafirstein@forthepeople.com

- **Jonathan Shub**
  jshub@seegerweiss.com,lgriffith@seegerweiss.com,klaukaitis@seegerweiss.com

- **Rachel L. Soffin**
  rsoffin@forthepeople.com,lannis@forthepeople.com

- **Rachel Lynn Soffin**
  rsoffin@forthepeople.com

- **David Stein**
  ds@girardgibbs.com

- **David K Stein**
  ds@girardgibbs.com

- **Edward Colin Thompson**
  colin.thompson@dlapiper.com

- **Edward Anthony Wallace**

    eaw@wexlerwallace.com

- **John A. Yanchunis**
  jyanchunis@forthepeople.com,tponder@forthepeople.com,lannis@forthepeople.com

- **John Allen Yanchunis , Sr**
  jyanchunis@forthepeople.com

- **Jeffrey M Yeatman**
  jeffrey.yeatman@dlapiper.com

- **Christopher M Young**
  christopher.young@dlapiper.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Jeremy Dobbs**
,

**Cory Steven Fein**
Caddell & Chapman
1331 Lamar St. Suite 1070
Houston, TX 77010

**Lawrence Moss**
,