

# Supreme Court of California

**FRANK A. McGUIRE**
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### RACHEL LYNN JENSEN

I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that Rachel Lynn Jensen, #211456, was on the 8th day of December 2000 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 29th day of July 2013.

FRANK A. McGUIRE
Clerk of the Supreme Court

By: _____
N. Benavidez, Deputy Clerk