# Robbins Geller
# Rudman & Dowd LLP

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Mark Dearman
MDearman@rgrdlaw.com

January 20, 2016

<u>VIA ECF</u>

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY  10601-4150

      Re:    *In re: Ford Fusion and C-Max Fuel Economy Litigation*, No. 13-MD-2450 (KMK)

Dear Judge Karas:

      We represent Plaintiffs and the putative Class in this MDL. We write in regard to your letter endorsement scheduling a pre-motion conference for February 11, 2016 at 11:30 am. *See* Dkt. No. 88. In an effort to maintain efficiencies, Plaintiffs' Counsel request that the Court permit telephonic attendance by counsel who wish to listen to the proceedings and not otherwise participate. If the Court is agreeable to such a process, the Court can connect by dialing 1-800-356-8278 and entering access #885099. Counsel for Defendant has no objection to this request.

                                  Very truly yours,

                                  MARK DEARMAN

MD:
cc:     All Counsel of Record (via ECF)