UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
*In re:*
*Ford Fusion and C-Max Fuel Economy Litigation,*
    This Document Relates to All Actions.
------------------------------------- X

Case No. 13-MD-2450 (KMK)

ECF Case

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Fredrick H.L. McClure for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the States of Florida and Tennessee and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Fredrick H. L. McClure |
| Firm Name: | DLA Piper LLP (US) |
| Address: | 3111 W. Dr. Martin Luther King, Jr. Blvd<br>Suite 300<br>Tampa, Florida  33607-6233 |
| Phone Number: | (813) 222-5908 |
| Fax Number: | (813) 371-1111 |
| | fredrick.mcclure@dlapiper.com |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Ford Motor Company in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 7/15/16

United States District Judge Kenneth M. Karas

EAST\126006682.2