UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| *In re:*<br><br>*Ford Fusion and C-Max Fuel Economy Litigation,*<br><br>*This Document Relates to All Actions.* | Case No. 13-MD-2450 (KMK)<br><br>JOINT [PROPOSED] ORDER FOR CLARIFICATION OF THE STIPULATED PROTECTIVE ORDER FOR NON-PARTIES |

On December 12, 2013, this Court entered a Stipulated Protective Order in this case "[i]n order to preserve and maintain the confidentiality of certain confidential, commercial and/or proprietary documents produced in this action" [Dkt. No. 66].

The Protective Order ("Order") applied to documents that "a party" sought to designate as confidential, and outlined the rights of the entity producing the documents. (*See, e.g.*, ¶¶2(a), 2(c)). Most portions of the Order used the term "producing party" rather than "party." *Id.* at 6(b), 7(c), 9, and 11(c). The intent of the Order was to extend beyond the parties to this lawsuit and apply to any "producing entity," including any non-party responding to discovery. (Note the use of the term "designating party *or non-party*" in Paragraph 3(a)).

To the extent the Order was unclear, the Court clarifies that a "producing party" or "designating party" need not be a party in this lawsuit, but can be any entity responding to discovery in this case.

So Ordered this 7th day of August, 2016.

_____
United States District Judge