UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

*In re:*

*Ford Fusion and C-Max Fuel Economy Litigation,*

*This Document Relates to All Actions.*

Case No. 13-MD-2450 (KMK)

~~PROPOSED~~ STIPULATED ORDER EXTENDING TIME FOR FORD'S ANSWER TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

On July 24, 2017, the Court entered an opinion granting, in part, and denying, in part, Ford's Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint ("SAC"). Pursuant to that order, the Ford's Answer to Plaintiffs' SAC is due August 14, 2017. Pursuant to the Court's January 24, 2017 Second Amended Case Management and Scheduling Order, the deadline for Plaintiffs to file their Motion for Class Certification is August 23, 2017.

The parties are currently exploring whether a settlement may be possible in this case and agree that a 30 day extension as to Ford's time to Answer the SAC and Plaintiffs' time to file their Motion for Class Certification is appropriate to preserve judicial and party resources.

Upon stipulation of counsel of record, as set forth below, and the Court being otherwise fully advised in the premises:

IT IS ORDERED as follows: Ford's deadline to file its Answer to Plaintiffs' SAC is extended to September 13, 2017, and Plaintiffs' deadline to file their Motion for Class Certification is extended to September 22, 2017.

DATED:      August 14, 2017, White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

{02023826 DOCX }                             1

**SO STIPULATED**

DATED: August 14, 2017  **MORGAN & MORGAN, P.C.**

*s/ John A. Yanchunis*
———————————————
JOHN A. YANCHUNIS
RACHEL L. SOFFIN
One Tampa City Center, 7th Floor
Tampa, Florida 33602
Telephone (813) 275-5272
(813) 223-5402 (fax)

**ROBBINS GELLER RUDMAN& DOWD LLP**
MARK J. DEARMAN
STUART A. DAVIDSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

**ROBBINS GELLER RUDMAN& DOWD LLP**
SAMUEL H. RUDMAN
ROBERT ROTHMAN
MARK S. REICH
AVITAL MALINA
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

**ROBBINS GELLER RUDMAN & DOWD LLP**
RACHEL L. JENSEN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

**GIBBS LAW GROUP LLP**
ERIC GIBBS
DAVID STEIN
GEOFFREY A. MUNROE
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: 415/981-4800
415/981-4846 (fax)

*Lead Counsel*

**MCCUNE WRIGHT, LLP**
RICHARD D. MCCUNE
ELAINE S. KUSEL
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone: 909/557-1250
909/557-1275 (fax)

**MORGAN & MORGAN, P.C.**
JOHN A. YANCHUNIS
RACHEL L. SOFFIN
One Tampa City Center, 7th Floor
Tampa, Florida 33602
Telephone (813) 275-5272
(813) 223-5402 (fax)

**FARMER JAFFE WEISSING EDWARDS FISTOS & LEHRMAN, P.L.**
STEPHEN R. JAFFE
MARK FISTOS
SETH LEHRMAN
425 North Andrews Avenue, Suite 2
Ft. Lauderdale, FL  33321
Telephone:  954/385-8995
954/524-2822 (fax)

**SEEGER WEISS LLP**
SCOTT ALAN GEORGE
77 Water Street, 26th Floor
New York, NY 10005
Telephone: 215/584-0700
215/584-0799 (fax)

**THE STECKLER LAW GROUP**
BRUCE W. STECKLER
MAZIN SBAITI
12700 Park Central Drive, Suite 1900
Dallas, TX  75251
Telephone:  972/387-4040
972/387-4041 (fax)

*Plaintiffs' Executive Committee*

**DYKEMA GOSSETT PLLC**

*s/David M. George*
---
DAVID M. GEORGE (admitted *pro hac vice*)
JOHN M. THOMAS
2723 South State Street, Suite 400
Ann Arbor, MI  48104
734-214-7660

PAUL L. NYSTOM
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
248-203-0855

*/s/ Peter J. Fazio*
---
**AARONSON  RAPPAPORT  FEINSTEIN  &
DEUTSCH, LLP**
PETER JOSEPH FAZIO
600 Third Avenue
New York, NY 10016
212-593-5458


*Attorneys for Defendant
Ford Motor Company*